UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK CRANE,

                 Plaintiff(s),                         Case No.  22-12603

v.                                         Honorable  Mark A. Goldsmith

THE NEW YORK TIMES COMPANY,        Magistrate Judge  Kimberly G. Altman

                 Defendant(s).

_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No. _____22-10633_____.  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Stephen J. Murphy, III_____ and Magistrate Judge _David R. Grand_____.

                                            s/Mark A. Goldsmith_____
                                            Mark A. Goldsmith
                                            United States District Judge

                                          s/Stephen J. Murphy, III_____
                                          Stephen J. Murphy, III
                                          United States District Judge

---

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: _CIVIL_____

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: _11/3/2022_____              _s/ S Schoenherr_____
                                             Deputy Clerk

cc:   Parties and/or counsel of record
       Honorable Stephen J. Murphy, III